UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CORDELL M. HOWZE,

Plaintiff,

v.

Case No. 24-cv-1661-pp

DERRICK W. ROTTA, *et al.*,

Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF HIS FINDINGS OF FACT (DKT. NO. 64) AND DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY (DKT. NO. 65)**

---

On July 31, 2026, the defendants filed a motion for summary judgment and supporting documents. Dkt. Nos. 46-54. The supporting documents included proposed findings of fact. Dkt. No. 48. The plaintiff filed a response to the motion for summary judgment. Dkt. No. 57. He did not file a response to the defendants' proposed findings of fact, and his time to do so has elapsed. He did file his own "Statement of Facts," dkt. no. 59, the defendants filed a response, dkt. no. 62, and on September 24, 2026, the plaintiff filed a motion for an extension of time to reply to the defendants' response, dkt. no. 64. The court will grant the plaintiff's motion and set a deadline below.

On September 29, 2026, the plaintiff filed a separate motion for an extension of time, this one titled "Motion requesting time extention to respond to Defendants Response to Plaintiffs objections to Defendants Judgement

motion for Summary Judgement." Dkt. No. 65. In essence, the plaintiff is asking the court for leave to file a sur-reply. The court's local rules do not provide for sur-replies; the court's rules allow for a motion—in this case the motion for summary judgment filed by the defendants (Dkt. No. 46), a single response by the party opposing the motion—in this case the response filed by the plaintiff (Dkt. No. 57) and a single reply in support of the motion—in this case the reply filed by the defendants (Dkt. No. 60). See Civil Local Rule 7(a)-(c) (E.D. Wis.). "The applicable local rule does not mention sur-reply briefs and does not set a deadline for filing one because 'sur-replies generally are disfavored' and courts grant leave to file them 'only rarely.'" Jones v. Citimortgage, Inc., Case No. 25-cv-1993-pp, 2026 WL 2255395, at *2 (citing Hobbs v. Willis, Case No. 22-cv-467-pp, 2024 WL 4345835, at *3 (E.D. Wis. Sept. 30, 2024)). In addition, the plaintiff has not alleged that the defendants have submitted new evidence or materials in their reply that would warrant a sur-reply. See Slaughter v. Lutsey, Case No. 17-cv-1448, 2019 WL 11502919, at *1 (E.D. Wis. June 14, 2029), aff'd 805 F. App'x 424 (7th Cir. 2020) (citations omitted). The court will deny the plaintiff's motion for extension of time to file a sur-reply.

The court **GRANTS** the plaintiff's motion for an extension of time to respond to the defendants' response to the plaintiff's proposed findings of fact. Dkt. No. 64. The court **ORDERS** that the plaintiff must file his reply in support of his proposed findings of fact by the end of the day on **October 16, 2026**.

The court **DENIES** the plaintiff's motion for an extension of time to respond to the defendants' response to the plaintiff's objections to the defendants' motion for summary judgment. Dkt. No. 65.

Dated in Milwaukee, Wisconsin this 2nd day of October, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**